**Ezra Charles CALLOWAY, Plaintiff–Appellant,**

v.

**PRINCE GEORGE'S COUNTY, MARYLAND; Barry Stanton, Warden; Major Crumbecker; Shift Sergeant Crump, Defendants–Appellees,**

and

**Prince George's County Correctional Center; Ricardo Williams, II, Defendants.**

No. 02–6879.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 15, 2002.

Decided Aug. 22, 2002.

Ezra Charles Calloway, Appellant Pro Se. Rhonda Lee Weaver, Upper Marlboro, Maryland, for Appellees.

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

PER CURIAM:

Ezra Charles Calloway appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Calloway v. Prince George's County*, No. CA–02–324–AW (D.Md. May 16, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*